AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| D'Agostino, Mae A. | U.S. District Court for the Northern District of New York | 05/10/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge - Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. District Court
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | Albany Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 06/10/2008 | American International Life Assurance Co., structured settlement for future payments of legal fees earned |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | Albany Law School | $3,200.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York State Bar | May 13 - May 16, 2016 | Cooperstown, NY | Federal/Commercial Section Annual Meeting | Hotel and Meals |
| 2. | IP Inns of Court | November 4 - November 6, 2016 | Washington, DC | Celebration of Excellence | Transportation, One Night Hotel and Dinner at Supreme Court |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 05/10/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 05/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Key Bank Account | A | Interest | K | T | | | | | |
| 2. | | | | | | | | | |
| 3. Trustco Bank Accounts | A | Interest | K | T | | | | | |
| 4. | | | | | | | | | |
| 5. Fidelity Brokerage Account (H) | | | | | | | | | |
| 6. - Cash | | None | | | Redeemed | 07/01/16 | J | | |
| 7. - Fidelity Government Cash Reserves | A | Dividend | J | T | | | | | |
| 8. - Artisan Mid Cap Value | A | Dividend | J | T | | | | | |
| 9. - Artisan Intl Value Fund Inv Cl | A | Dividend | J | T | | | | | |
| 10. - Fidelity 500 Index Prem Cl | A | Dividend | K | T | | | | | |
| 11. - Fidelity Extended Mkt Index Prem Cl | A | Dividend | J | T | | | | | |
| 12. - Fidelity Contrafund | A | Dividend | J | T | | | | | |
| 13. - Fidelity Strategic Dividend & Income | A | Dividend | J | T | | | | | |
| 14. - Fidelity Low Priced Stock | A | Dividend | J | T | Sold (part) | 08/31/16 | J | A | |
| 15. - Fidelity Select Medical Equip & System | A | Dividend | J | T | | | | | |
| 16. - Oakmark International Small Cap I | A | Dividend | | | Sold | 01/22/16 | J | | |
| 17. - Fidelity Floating Rate High Income | A | Dividend | J | T | Sold (part) | 01/22/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 05/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Fidelity Strategic Income | A | Dividend | J | T | | | | | |
| 19. - Matthews Asia Dividend Fund | | None | J | T | Buy | 12/22/16 | J | | |
| 20. - PIMCO Foreign Bond CL D | A | Dividend | J | T | | | | | |
| 21. - Fidelity Real Estate Income | A | Dividend | J | T | | | | | |
| 22. - Fidelity GNMA | A | Dividend | J | T | Buy (add'l) | 01/22/16 | J | | |
| 23. - Fidelity Focused High Income | A | Dividend | J | T | | | | | |
| 24. - Fidelity Select Health Care | A | Dividend | | | Sold | 04/26/16 | J | | |
| 25. - Fidelity Select Technology | A | Dividend | J | T | | | | | |
| 26. - Fidelity Mid Cap Index Prem Class | A | Dividend | J | T | | | | | |
| 27. - FMI International | A | Dividend | J | T | | | | | |
| 28. - Matthews India | A | Dividend | | | Sold | 12/22/16 | J | | |
| 29. - MFS Value Cl A | A | Dividend | J | T | Buy (add'l) | 01/22/16 | J | | |
| 30. | | | | | Buy (add'l) | 12/22/16 | J | | |
| 31. - Oppenheimer Intl Sml Mid Co Cl A | A | Dividend | J | T | Buy | 01/22/16 | J | | |
| 32. | | | | | | | | | |
| 33. Fidelity IRA (H) | | | | | | | | | |
| 34. - Artisan Intl Value Fund Inv Cl | B | Dividend | K | T | Buy (add'l) | 08/31/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 05/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Fidelity Contrafund | C | Dividend | L | T | Buy (add'l) | 02/18/16 | J | | |
| 36. | | | | | Sold (part) | 04/26/16 | J | | |
| 37. | | | | | Sold (part) | 08/31/16 | K | | |
| 38. | | | | | Sold (part) | 12/20/16 | J | | |
| 39. - Fidelity Low Priced Stock | C | Dividend | L | T | Sold (part) | 08/31/16 | K | | |
| 40. | | | | | Sold (part) | 12/20/16 | J | | |
| 41. - Oakmark International Small Cap I | | None | | | Sold | 01/22/16 | K | | |
| 42. - Fidelity Floating Rate High Income | C | Dividend | L | T | Sold (part) | 01/22/16 | K | | |
| 43. | | | | | Sold (part) | 08/31/16 | J | | |
| 44. - Fidelity 500 Index Prem | C | Dividend | M | T | Sold (part) | 08/31/16 | K | | |
| 45. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 46. - Fidelity Extended Mkt Index Prem CL | C | Dividend | L | T | Buy (add'l) | 04/26/16 | J | | |
| 47. | | | | | Sold (part) | 08/31/16 | J | | |
| 48. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 49. - Fidelity Large Cap Value Enhanced Index | A | Dividend | | | Sold | 08/31/16 | L | | |
| 50. - PIMCO Foreign Bond CL D | A | Dividend | L | T | | | | | |
| 51. - Fidelity Strategic Income | C | Dividend | L | T | Buy (add'l) | 08/31/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 05/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 53. - Fidelity Real Estate Income | C | Dividend | L | T | Sold (part) | 02/18/16 | J | | |
| 54. | | | | | Sold (part) | 08/31/16 | J | | |
| 55. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 56. - Fidelity Select Health Care | A | Dividend | K | T | Sold (part) | 04/26/16 | J | | |
| 57. | | | | | Sold (part) | 08/31/16 | J | | |
| 58. | | | | | Sold (part) | 12/20/16 | J | | |
| 59. - American Beacon Bridgeway Large Cap Value Investor | A | Dividend | L | T | Buy | 01/22/16 | J | | |
| 60. | | | | | Buy (add'l) | 08/31/16 | J | | |
| 61. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 62. - Fidelity Capital & Income | C | Dividend | L | T | Sold (part) | 08/31/16 | J | | |
| 63. - Fidelity GNMA | B | Dividend | L | T | Buy (add'l) | 01/22/16 | K | | |
| 64. | | | | | Sold (part) | 08/31/16 | J | | |
| 65. | | | | | Sold (part) | 12/20/16 | K | | |
| 66. - Fidelity Mid Cap Index Premium Cl | B | Dividend | L | T | Buy (add'l) | 08/31/16 | J | | |
| 67. - FMI International | B | Dividend | K | T | Buy (add'l) | 04/26/16 | J | | |
| 68. - Janus Global Technology T | B | Dividend | K | T | Buy (add'l) | 01/22/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 08/31/16 | J | | |
| 70. - Matthews Asia Dividend Inv | | | K | T | Buy | 12/20/16 | K | | |
| 71. - Matthews India | A | Dividend | | | Sold | 12/20/16 | K | | |
| 72. - Fidelity Government Cash Reserves | A | Dividend | K | T | | | | | |
| 73. - Oppenheimer Intl Sml Mid Company Cl A | A | Dividend | K | T | Buy | 01/22/16 | K | | |
| 74. - MFS Value A | C | Dividend | L | T | Buy | 08/31/16 | L | | |
| 75. - Pax Small Cap Indv Inv | A | Dividend | K | T | Buy | 08/31/16 | K | | |
| 76. | | | | | | | | | |
| 77. Prudential Fixed-Rate Annuity (Inherited) | A | Interest | | | Distributed | 12/31/16 | J | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 05/10/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

**FINANCIAL DISCLOSURE REPORT**

Page 10 of 10

Name of Person Reporting

D'Agostino, Mae A.

Date of Report

05/10/2017

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Mae A. D'Agostino**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544